# United States Bankruptcy Court
## Western District of Virginia

In re    **Laurie Ellen Pace**                                              Case No.    **24-60087**

                                            Debtor(s)           Chapter    **11**

## Notice of Change of Address

Debtor's Social Security Number:          **xxx-xx-1651**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:                    **Laurie Ellen Pace**

Street:                   **PO Box 669**

City, State and Zip:      **Keswick, VA 22947**

Telephone #:

**Please be advised that effective     January 28          , 20 24    ,
my (our) new mailing address and telephone number is:**

Name:                    **Laurie Ellen Pace**

Street:                   **6343 Louisa Road**

City, State and Zip:      **Keswick, VA 22947**

Telephone #:

                                            **/s/ Laurie Ellen Pace**
                                            **Laurie Ellen Pace**
                                            Debtor